

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SYRACUSE REGIONAL OFFICE

August 22, 2023

Hon. Miroslav Lovric  
United States Magistrate Judge  
15 Henry Street  
Binghamton, New York 13901

  Re: *Comstock, et al. v. New York State, et al.*  
    3:23-CV-907 (BKS/ML)

Dear Judge Lovric:

  Plaintiffs filed a Complaint in the above-entitled matter on July 26, 2023. (ECF No. 1). Affidavits of service were filed on August 17, 2023. (ECF Nos. 4-12). The Court calendared Defendants' answer deadlines for varying dates, depending on the date each Defendant was served; the earliest deadline is August 30, 2023 and the latest deadline is September 5, 2023.

  The undersigned was just recently assigned to handle this matter. Given that there are nine defendants, my office must complete a conflict check to determine whether any, all or none of the Defendants are entitled to outside private counsel. Consequently, in order to complete a thorough conflict check and receive the appropriate approval, if warranted, for outside private counsel, Defendants respectfully request a 45-day extension to answer the Complaint. Plaintiffs' counsel has consented to a 15-day extension.

           Respectfully,

           */s / Aimee Cowan*  
           Aimee Cowan, Esq.  
           Assistant Attorney General

cc: Dennis C. Vacco, Esq., *via CM/ECF*  
   Scott Allen, Esq., *via CM/ECF*